Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com

*Attorney for Defendant Lee Canyon Ski Lifts, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVY, <br><br>  Plaintiff, <br><br> v. <br><br> LEE CANYON SKI LIFTS, INC., a Nevada Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X. <br><br>  Defendants. | Case No. 2:21-cv-01738-GMN-NJK <br><br> **NOTICE OF SETTLEMENT** |

Defendant Lee Canyon Ski Lifts, Inc. ("Defendant"), through undersigned counsel, hereby notifies the court that the parties have reached a settlement in the above-captioned matter. Defendant requests that the Court vacate all current deadlines and allow the parties 45 days to finalize the settlement and file a Stipulation to Dismiss and corresponding Order. Defendant has conferred with counsel for Plaintiff who approved the filing of this Notice.

DATED this 4th day of February, 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**

By: /s/ *Lori N. Brown*
  Lori N. Brown
  *Attorney for Defendant*

-1-

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James P. Kemp
**KEMP & KEMP, ATTORNEYS AT LAW**
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130
jp@kemp-attorneys.com
*Attorneys for Plaintiff*


By: */s/ Diane Archie*

1245876/64601724v.1