Lori N. Brown (SBN: 8858)
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
lbrown@grsm.com

*Attorney for Defendant Lee Canyon Ski Lifts, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LEVY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEE CANYON SKI LIFTS, INC., a Nevada Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X.<br><br>　　　　　Defendants. | Case No. 2:21-cv-01738-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff, David Levy, and Defendant, Lee Canyon Ski Lifts, Inc., through undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims asserted in this action. Each side to bear its own attorneys' fees and costs.

DATED this 23rd day of February, 2022.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP**<br><br>By: /s/ *Lori N. Brown*<br>　　Lori N. Brown<br>　　*Attorney for Defendant* | **KEMP & KEMP ATTORNEYS AT LAW**<br><br>By: /s/ *James P. Kemp*<br>　　James P. Kemp<br>　　*Attorney for Plaintiff* |

**IT IS SO ORDERED.**

Dated this __24__ day of February, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

-1-

1245876/65014005v.1